Date: 05/17/10  **DIVIDENDS REMITTED TO THE COURT**  5/18/10 #7190 $3.99  Page:

Case Number 09-20305 - BROOKS, JON C

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | 000006 | 110.71 | 3.99 |
| ---------- Remittance Total --------------- | | 110.71 | 3.99 |

*[signature]*

C. BRUCE LAWRENCE, Trustee



